**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hitt Concrete & Site Construction, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4124358** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7609 W. Escuda** **Glendale, AZ 85308** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa** County | **Location of principal assets, if different from principal place of business** **1050 Eliseo Felix Jr Way Peoria, AZ 85383** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.HittConcrete.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____8110____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------------|------|---------------|-------------|---------------|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|----------|----------------------|------|----------|--------------|------------|
| Debtor | **Paul & Paula Hitt** | | | Relationship | **Owner of Debtor** |
| District | **Arizona** | When | **3/28/24** | Case number, if known | **24-02351** |

**11.** **Why is the case filed in this district?**   *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   **Counsel for Creditor Everest Bank has a bank hold on Debtor's Bank of America bank account ending in 7322. Funds, if any, in this account are being restricted by the bank as to Debtor's access.**

**Where is the property?**   **Bank of America**
**Bank account ending in 7322**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 28, 2024**
MM / DD / YYYY

**X** /s/ Paul Hitt
Signature of authorized representative of debtor

**Paul Hitt**
Printed name

_____
Email Address of debtor

Title  **Owner**

**18. Signature of attorney**

**X** /s/ James Gaudiosi
Signature of attorney for debtor

Date **March 28, 2024**
MM / DD / YYYY

**James Gaudiosi**
Printed name

**Jim Gaudiosi, Attorney at Law PLLC**
Firm name

**17505 N. 79th Ave.**
**Suite 207**
**Glendale, AZ 85308**
Number, Street, City, State & ZIP Code

Contact phone  **623-777-4760**  Email address  **jim@gaudiosilaw.com**

**031321 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 28, 2024__          *X* **/s/ Paul Hitt**
                                         Signature of individual signing on behalf of debtor

                                         **Paul Hitt**
                                         Printed name

                                         **Owner**
                                         Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*...................................................................................... $     0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................. $     1,013,975.43

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................... $     1,013,975.43

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     1,206,620.57

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     743,047.29

4.    **Total liabilities** ........................................................................................................
     Lines 2 + 3a + 3b        $     1,949,667.86

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name   **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **3584** | **$0.00** |
| 3.2. | **Hitt Concrete & Site Construction Inc. - Oasis Retirement Savings Plan** | **Retirement Account** | | **$74,393.43** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$74,393.43** |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit with Landlord for 1050 Eliseo Lease** | **$1,887.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.     **Total of Part 2.**

| | |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | **$1,887.00** |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:     **780,000.00** -    **0.00** =....    **$780,000.00**

            face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**

| | |
|---|---|
| Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$780,000.00** |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |

**File Cabinets 3EA**
**Ladders 2EA**
**Couch**
**Cair**
**Shelfs 2EA**
**Tool Box**
**Printer**
**Welding Table**
**White Boards 3EA**
**Dolly's 2 EA**
**Silt Fence 50 LF**
**Paper Shredder**
**Core Drill Bit**
**Shop Vac**
**Extension Cords 2EA**
**Truck Battery's 2EA**                              **$9,445.00**   Comparable sale          **$9,445.00**

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **Dell Computer** | **$200.00** Comparable sale | **$200.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                              **$9,645.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Playcraft Trailer 75a6xd** | **$3,000.00** | Comparable sale | **$3,000.00** |
| 47.2. **Closed Trailer 91716F** | **$3,000.00** | Comparable sale | **$3,000.00** |
| 47.3. **2003 Ford F250 - dosen't run, needs new motor and transmission** | **$10,000.00** | Comparable sale | **$10,000.00** |
| 47.4. **Trailer with Ramps 03619j** | **$5,000.00** | Comparable sale | **$5,000.00** |

| | | | | |
|---|---|---|---|---|
| 47.5. | **Trailer 70aonb** | **$5,000.00** | **Comparable sale** | **$5,000.00** |
| 47.6. | **Trailer PJ Heavy Duty** | **$8,000.00** | **Comparable sale** | **$8,000.00** |
| 47.7. | **Ford F350 Contractor Body; does not run** | **$8,000.00** | **Comparable sale** | **$8,000.00** |
| 47.8. | **Trailer** | **$4,000.00** | **Comparable sale** | **$4,000.00** |
| 47.9. | **2022 Benneche X2 1000 side by side UTV** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Bollards** | **$500.00** | **Comparable sale** | **$500.00** |
| **Steel Posts** | **$200.00** | **Comparable sale** | **$200.00** |
| **Grizzle Grates** | **$60,000.00** | **Comparable sale** | **$60,000.00** |
| **Truck wheel stops** | **$2,000.00** | **Comparable sale** | **$2,000.00** |
| **Lazer level** | **$400.00** | **Comparable sale** | **$400.00** |
| **Rebar Caps** | **$3,000.00** | **Comparable sale** | **$3,000.00** |
| **Water Buffalo Multi Quip** | **$6,000.00** | **Comparable sale** | **$6,000.00** |
| **Concrete Forms** | **$500.00** | **Comparable sale** | **$500.00** |
| **Multi Quip Trowels machine** | **$1,000.00** | **Comparable sale** | **$1,000.00** |
| **Steel Stakes** | **$2,000.00** | **Comparable sale** | **$2,000.00** |
| **Shop vac, sprayer lines, Ball Dolly, and Delta Chop Saw** | **$450.00** | **Comparable sale** | **$450.00** |
| **Rider for Stripping** | **$3,000.00** | **Comparable sale** | **$3,000.00** |

**Truck Tool Box**
**Aluminum Screeds**
**Chalk Boxes**
**Caution Tape**
**Shovels**
**Marking Paint**
**Hose**
**Expansion 4"**
**Nails**
**Extension Cords**
**Jumper Cables**
**Spray Can**
**Box Screws**
**Hitches (Balls)**
**Groove Tools for ADA Ramps**
**Bullfloats**
**Big Bar**
**Hand Screeds- Tools**
**Mixer**
**Broom Heads**
**Lazer Remotes**
**Back Pack Vibrator**
**Gas Cans**
**Spill Kits**
**Pig Containment Tray**
**Skill Saw**
**Diamond Blade**
**HD Printer- Color LaserJet Pro MFP M283cdw**
**HD Printer- Color LaserJet Pro MFP M281fdw**
**5 Door Filing Cabinet Large**
**Small Wood Desk**
**Large Wood Desks**
**Small 3 Door Filing Cabinet**
**Mini Fridge with Freezer**
**Large Cherry Wood Desk**
**Wood Chairs with Black Padding**
**Large Leather Chairs**
**Paper Cutter**
**Plotter**
**Plotter Paper**
**Conference Table**
**2 generators**

| | | | |
|---|---|---|---|
| **Thermo Plastic Equipment** | $0.00 | Liquidation | $20,000.00 |
| **Core Drill Machine** | $0.00 | Comparable sale | $1,000.00 |
| **2 Stripping Machines; they don't work** | $0.00 | Comparable sale | $2,000.00 |

51.  **Total of Part 8.**                                                                  | $148,050.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | Hitt Concrete & Site Construction, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** Website: HittConcrete.com | $0.00 | | $0.00 |

| | | |
|---|---|---|
| **65.** | **Goodwill** | |
| **66.** | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $0.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,393.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,887.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $780,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,645.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $148,050.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,013,975.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,013,975.43 |

**Fill in this information to identify the case:**

Debtor name   **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BMO** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$726,258.11** | **$173,595.00** |
| | **PO Box 2035**<br>**Milwaukee, WI 53201** | **1st position All Assets Owned by the Business** | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC-1 Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**10/2021** | | | |
| | **Last 4 digits of account number**<br>**2160** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Cadence Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$298,332.12** | **$173,595.00** |
| | **3399 Peachtree Road Northeast**<br>**Atlanta, GA 30326** | **3rd position All Assets of the business** | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC-1 Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**12/8/2020** | | | |
| | **Last 4 digits of account number**<br>**6367** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Case 2:24-bk-02352   Doc 1   Filed 03/28/24   Entered 03/28/24 23:49:33   Desc Main
Document   Page 14 of 48

☐ Contingent
☐ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

| 2.3 | **Forward Financing, LLC** | Describe debtor's property that is subject to a lien | $182,030.34 | $173,595.00 |

Creditor's Name

**53 State St.**
**FL 20**
**Boston, MA 02109**

Creditor's mailing address

**2nd position All assets owned by the business**

Describe the lien
**UCC-1 Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**12/2023**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $1,206,620.5 7 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMO Harris Bank N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | Line **2.1** | |
| **Cadence Bank**<br>**PO Box 789**<br>**Tupelo, MS 38802** | Line **2.2** | |
| **Clayco**<br>**2199 Innerbelt**<br>**Business Center Drive**<br>**Overland, MO 63114** | Line **2.3** | |
| **Folks Hess**<br>**1850 N. Central Ave**<br>**# 1140**<br>**Phoenix, AZ 85004** | Line **2.1** | |
| **Golder Law, LLC**<br>**101 Village Parkway**<br>**Building 1, Suite 400**<br>**Marietta, GA 30067** | Line **2.2** | |

**The Law Offices of Steven Zakharyayev**          Line _**2.3**_
**10 W. 37th St.**
**RM 602**
**New York, NY 10018**

**U.S. Small Business Administration**              Line _**2.1**_
**312 N. Spring Street**
**5th Fl**
**Los Angeles, CA 90012**

Debtor name **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,603.54 |
|---|---|---|---|
| | **ABC/Amega**<br>**500 Seneca Street**<br>**Suite 503**<br>**Buffalo, NY 14204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __8697__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,274.78 |
|---|---|---|---|
| | **Ally**<br>**PO Box 380903**<br>**Minneapolis, MN 55438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/20/23__ | Basis for the claim: __Repossession__ | |
| | Last 4 digits of account number __4898__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Amanda Hayes**<br>**13794 W. Waddell Rd.**<br>**Surprise, AZ 85379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/2023__ | Basis for the claim: __Lawsuit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,658.53 |
|---|---|---|---|
| | **Amex**<br>**Correspondence/Bankruptcy**<br>**Po Box 981540**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Civil Lawsuit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,349.46 |

**Apache Equipment Rentals**
 PO Box 6956
**Phoenix, AZ 85005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **4691**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.90 |

**APS**
PO Box 37812
**Boone, IA 50037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

**Basis for the claim:  Utility**

Last 4 digits of account number  **2217**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,726.66 |

**Arizona Iron Supply**
**130 South 23rd Street**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  **H456**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,124.78 |

**AT&T**
PO Box 10330
**Fort Wayne, IN 46851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Utility**

Last 4 digits of account number  **8890**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,032.00 |

**Barco Construction, Inc.**
**1205 Wood Station Pl**
**Ballwin, MO 63021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/04/2023**

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,606.62 |

**BMO Bank N.A.**
**180 N. Executive Drive**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Loan**

Last 4 digits of account number  **5829**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,851.00 |

**Brown & Brown Inc.**
**2800 N. Central Ave**
**Ste. 1100**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

**Basis for the claim:  Insurance**

Last 4 digits of account number  **4735**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Hitt Concrete & Site Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,111.89** |
|---|---|---|---|

**CapSpecialty**
**1600 Aspen Commons**
**Suite 300**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bond**

Last 4 digits of account number **8801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,944.50** |
|---|---|---|---|

**Cemex**
**16100 Dillard Drive**
**Jersey Village, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number **7576**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,111.86** |
|---|---|---|---|

**Centerline Supply, Inc.**
**530 Jesse Street**
**Grand Prairie, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number **1300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,333.98** |
|---|---|---|---|

**Cox Communications, Inc.**
**6205-B Peachtree Dunwoody Road NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/2024**

Basis for the claim: **Utility**

Last 4 digits of account number **1301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,848.55** |
|---|---|---|---|

**CRF Solutions**
**2051 Royal Ave**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number **7576**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,804.64** |
|---|---|---|---|

**Dodge Construction Network**
**34 Crosby Drive**
**Suite 202**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **1985**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Eagle Environmental Products, Inc.**
**PO Box 40189**
**Mesa, AZ 85274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **HITTCO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $935.40 |
|---|---|---|---|

**Empire**
**1725 S. Country Club Dr.**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/16/23

Basis for the claim:  **Vendor**

Last 4 digits of account number  5232

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,357.91 |
|---|---|---|---|

**Everest Business Funding**
**8200 NW 52nd Terrace**
**2nd Floor**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,634.26 |
|---|---|---|---|

**Ewing Outdoor Supply**
**3441 E. Harbour Dr.**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  3347

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,315.98 |
|---|---|---|---|

**First Citizens Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2023

Basis for the claim:  **Business Loan**

Last 4 digits of account number  8000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,585.04 |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Insurance**

Last 4 digits of account number  9493

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.66 |
|---|---|---|---|

**Ford Motor Credit Company**
**PO Box 689007**
**Franklin, TN 37068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/23

Basis for the claim:  **Repossession**

Last 4 digits of account number  6257

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Gonzalez Asphalt, Inc.**
**3001 W Lincoln St.**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  5172

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hitt Concrete & Site Construction, Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,409.74** |
| --- | --- | --- | --- |

**Great America Financial Services**
**PO Box 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/2023

**Basis for the claim:**  Repossession

**Last 4 digits of account number**  8000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Isuzu Finance of America, Inc.**
**Attn: Accounts Receivable**
**7870 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Repossesions

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,879.69** |
| --- | --- | --- | --- |

**Lazos Early Entry Cutting LLC**
**13234 W. Maryland Ave.**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  04/2023

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,100.92** |
| --- | --- | --- | --- |

**Martin Marietta Materials, Inc.**
**4123 Parklake Ave.**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Civil Lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.41** |
| --- | --- | --- | --- |

**Napa Auto Parts**
**Genuine Parts Company**
**PO Box 2047**
**Norcross, GA 30091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  01/2024

**Basis for the claim:**  Vendor

**Last 4 digits of account number**  3670

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
| --- | --- | --- | --- |

**Paula Hitt**
**7609 W. Escuda**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2021

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,986.03** |
| --- | --- | --- | --- |

**PMI Pavement Marking LLC**
**1001 S. 54th Ave**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  9/30/22

**Basis for the claim:**  Vendor

**Last 4 digits of account number**  0176

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,840.43** |
|---|---|---|---|

**Quiktrip**
PO Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Credit account**

Last 4 digits of account number  **8146**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,320.49** |
|---|---|---|---|

**Receivable Management Corporation**
400 West Cummings Park
#4450
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/23**

Basis for the claim:  **Vendor United Rentals**

Last 4 digits of account number  **4810**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,651.34** |
|---|---|---|---|

**Road Safety Services, Inc.**
11620 Arbor St.
#101
Omaha, NE 68144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0176**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,615.03** |
|---|---|---|---|

**RoadSafe Traffic Systems, Inc.**
3015 East Illini St.
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3172**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,466.65** |
|---|---|---|---|

**Roberts Tire Sales, Inc.**
4747 S. Power Rd
Mesa, AZ 85212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **XTRK**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Simply Funding, LLC**
1170 Rt 17M,
Suite # 2
Chester, NY 10918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,934.97** |
|---|---|---|---|

**Sonsray Machinery**
23935 Madison Street
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1537**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.89 |

**Sparkletts**
**200 Eagles Landing Blvd**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

Last 4 digits of account number  **3911**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.91 |

**Staples**
**PO Box 660409**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9890**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,067.03 |

**Sunbelt Rentals, Inc.**
**2341 Deerfield Dr.**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2024**

Last 4 digits of account number  **8823**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,381.95 |

**Transworld Systems Inc**
**Attn: Bankruptcy**
**500 Virginia Dr Ste 514**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2024**

Last 4 digits of account number  **0121**

Basis for the claim:  **Utility Waste Management**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,474.13 |

**United Healthcare**
**2310 Parklake Dr. NE**
**Atlanta, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  **5516**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.60 |

**United Rentals**
**100 First Stamford Place**
**Suite 700**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,301.41 |

**Waste Management of Arizona, Inc.**
**PO Box 3020**
**Monroe, WI 53566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **3002**

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,146.52 |
|---|---|---|---|

**WEX**
**1 Hanock Street**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8323**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,467.21 |
|---|---|---|---|

**White Cap, L.P.**
**PO Box 4944**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/23**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6934**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alexander, Miller & Associates LLC** <br> **16365 Park Ten Place** <br> **# 337** <br> **Houston, TX 77084** | Line  **3.17** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Barr Credit Services, Inc.** <br> **3444 N. Country Club Rd** <br> **Ste 200** <br> **Tucson, AZ 85716** | Line  **3.48** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Berger law Firm LLC** <br> **333 Pearsall Ave** <br> **Suite 210** <br> **Cedarhurst, NY 11516** | Line  **3.38** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Berkovitch & Bouskila, PLLC** <br> **1545 U.S. 202** <br> **Suite 101** <br> **Pomona, NY 10970** | Line  **3.20** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Folks Hess, PLLC** <br> **1850 N. Central Ave** <br> **Suite 1140** <br> **Phoenix, AZ 85004** | Line  **3.10** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **Gurstel Law Firm P.C.** <br> **9320 E. Raintree Dr.** <br> **Scottsdale, AZ 85260** | Line  **3.48** <br><br> ☐ Not listed. Explain ____ | **1790** |
| 4.7 | **Gurstel Law Firm P.C.** <br> **9320 E. Raintree Dr.** <br> **Scottsdale, AZ 85260** | Line  **3.13** <br><br> ☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Hammerman & Hultgren**<br>**3101 N. Central Ave.**<br>**Ste 1030**<br>**Phoenix, AZ 85012** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Lanak & Hanna, P.C.**<br>**1851 E. First St.**<br>**Suite 700**<br>**Santa Ana, CA 92705** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Mark A. Kirkoshy, P.C.**<br>**1119 W. Southern Ave.**<br>**2nd Floor**<br>**Mesa, AZ 85210** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Mark A. Kirkoshy, P.C.**<br>**1119 W. Southern Ave.**<br>**2nd Floor**<br>**Mesa, AZ 85210** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Mark A. Kirkoshy, P.C.**<br>**1119 W. Southern Ave.**<br>**2nd Floor**<br>**Mesa, AZ 85210** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **McCarthy, Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Nina Construction Supply**<br>**PO Box 1509**<br>**Avondale, AZ 85323** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Parker Law Firm PLC**<br>**11801 N. Tatum Blvd.**<br>**Suite 229**<br>**Phoenix, AZ 85028** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Simply Funding, LLC**<br>**300 N. Main St.**<br>**# 107**<br>**Spring Valley, NY 10977** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Vericore**<br>**10115 Kincey Ave**<br>**Suite 100**<br>**Huntersville, NC 28078** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Wiggin and Dana**<br>**281 Tresser Blvd**<br>**14th Fl.**<br>**Stamford, CT 06901** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **Zwicker & Associates, P.C.**<br>**1225 W. Washington St.**<br>**Ste 124**<br>**Tempe, AZ 85288** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Hitt Concrete & Site Construction, Inc.**                    Case number (if known) _____
          Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1**    5a. | $               **0.00** |
| **5b. Total claims from Part 2**    5b.  + | $         **743,047.29** |

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    | $         **743,047.29** |

Debtor name     **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Property Lease** | |
| State the term remaining | **1050 Eliseo, LLC**<br>**c/o Hamilton Property Management**<br>**2122 E. Highland Ave., Suite 225**<br>**Phoenix, AZ 85016** |
| List the contract number of any government contract | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Hitt Concrete & Site Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,197,502.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1. **Eagle Environmental Products, Inc.** PO Box 40189 Mesa, AZ 85274 | **03/2024** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Debtor transered several grizzle grates to this creditor as payment towards the debt owed.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally** PO Box 380903 Minneapolis, MN 55438 | **2020 Chevy Silverado** | **12/20/23** | **$12,000.00** |
| **Ford Motor Credit Company** PO Box 689007 Franklin, TN 37068 | **2019 Ford F250** | **12/06/2023** | **Unknown** |
| **Great America Financial Services** PO Box 660831 Dallas, TX 75266 | **Multiquip 8' Rider Trowel** | | **Unknown** |
| **Isuzu Finance of America, Inc.** Attn: Accounts Receivable 7870 Solution Center Chicago, IL 60677 | **2022 Chevy Silverado 3500HD** | | **Unknown** |
| **Isuzu Finance of America, Inc.** Attn: Accounts Receivable 7870 Solution Center Chicago, IL 60677 | **2022 Chevy Silverado C1500** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Martin Marietta Materials, Inc. v. Hitt Concrete & Site Construction<br>CV2023-016323 | Civil | Superior Court of Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | American Express National Bank v. Paul Hitt and Hitt Concrete & Site Construction, Inc.<br>CV2023-017340 | Civil | Superior Court of Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Nina Construction Supply v. Hitt Concrete & Site Construction, Inc.<br>2023-12311 | Civil | Registrar of Contractors | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Simply Funding, LLC vs. Hitt Concrete & Site Construction, aka Hitt Concrete & Site Construction, Inc., aka Hitt Concrete and Site Construction; and Paul Sheldon Hitt III<br>Index No. EF008058-2023 | Civil | Supreme Court of the State of New York<br>County of Orange | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Amanda Hayes v. Hitt Concrete & Site Construction, Inc.<br>CC2023-220609 | Civil | Downtown Justice Court<br>620 W. Jackson St.<br># 1037<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | BMO Bank N.A. a National Banking Association v. Hitt Concrete & Site Construction, et al<br>CV2023-019541 | Civil | Superior Court of Arizona | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | EBF Holdings, LLC D/B/A Everest Business Funding vs. Hitt Concrete & Site Construction, Inc. and Paul Sheldon Hitt III | Civil | Supreme Court of the State of New York<br>County of Monroe | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Roberts Tire & Sales Inc., an Arizona corporation vs. Hitt Concrete & Site Construction, Inc., an Arizona corporation; and Paul Hitt, Guarantor<br>CC2024-049648 | Civil | Arrowhead Justice Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Property was stolen from the yard by fomer subconctractor** | | **10/2023** | **$120,310.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jim Gaudiosi, Attorney at Law PLLC<br>17505 N. 79th Ave.<br>Suite 207<br>Glendale, AZ 85308** | **Attorney Fees** | **10/19/2023** | **$4,500.00** |
| | **Email or website address**<br>**jim@gaudiosilaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **17505 N. 79th Ave. Suite 112 Glendale, AZ 85308** | **2020-10/2023** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Hitt Concrete & Site Construction Oasis Retirement Plan** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase** | **XXXX-8272** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/23** | **$0.00** |
| 18.2. | **Chase** | **XXXX-7627** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/31/23** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Warehouse**<br>**1050 Eliseo Felix Jr Way**<br>**Peoria, AZ 85383** | **Paul Hitt and Christine Blake** | **Tools and Furniture** | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Phoenix Accounting**<br>**5501 N. 7th Ave**<br>**Phoenix, AZ 85013** | **Last 9 Years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Phoenix Accounting**<br>**5501 N. 7th Ave**<br>**Phoenix, AZ 85013** | |
| 26c.2.   **Christine Blake** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Hitt** | **7609 W. Escuda Drive**<br>**Glendale, AZ 85308** | **Owner** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **Paul Hitt**<br>**7609 W. Escuda**<br>**Glendale, AZ 85308** | **Debtor paid Paul Hitt $10,000 monthly through 10/2023** | **2015-10/2023** | **Payroll for the owner of the business** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Oasis Retirement Savings Plan** | **EIN:**    **N/A** |

---

**Part 14:**   Signature and Declaration

     **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2024** _____

**/s/ Paul Hitt** _____      **Paul Hitt** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
### District of Arizona

In re **Hitt Concrete & Site Construction, Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................ $ **4,500.00**

   Prior to the filing of this statement I have received ............................ $ **4,500.00**

   Balance Due ............................................................................................ $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor　　□ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　□ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 28, 2024**

*Date*

**/s/ James Gaudiosi**

**James Gaudiosi**
*Signature of Attorney*
**Jim Gaudiosi, Attorney at Law PLLC**
**17505 N. 79th Ave.**
**Suite 207**
**Glendale, AZ 85308**
**623-777-4760　Fax: 602-388-8250**
**jim@gaudiosilaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Arizona

In re   **Hitt Concrete & Site Construction, Inc.**       Case No.

Debtor(s)     Chapter   **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Owner of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __8__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **March 28, 2024**       **/s/ Paul Hitt**

**Paul Hitt/Owner**
Signer/Title

Date:   **March 28, 2024**       **/s/ James Gaudiosi**

Signature of Attorney
**James Gaudiosi**
**Jim Gaudiosi, Attorney at Law PLLC**
**17505 N. 79th Ave.**
**Suite 207**
**Glendale, AZ 85308**
**623-777-4760   Fax: 602-388-8250**

Hitt Concrete & Site Construction, Inc. -

1050 ELISEO, LLC
C/O HAMILTON PROPERTY MANAGEMENT
2122 E. HIGHLAND AVE., SUITE 225
PHOENIX AZ 85016


ABC/AMEGA
500 SENECA STREET
SUITE 503
BUFFALO NY 14204


ALEXANDER, MILLER & ASSOCIATES LLC
16365 PARK TEN PLACE
# 337
HOUSTON TX 77084


ALLY
PO BOX 380903
MINNEAPOLIS MN 55438


AMANDA HAYES
13794 W. WADDELL RD.
SURPRISE AZ 85379


AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO TX 79998


APACHE EQUIPMENT RENTALS
 PO BOX 6956
PHOENIX AZ 85005


APS
PO BOX 37812
BOONE IA 50037


ARIZONA IRON SUPPLY
130 SOUTH 23RD STREET
PHOENIX AZ 85034


AT&T
PO BOX 10330
FORT WAYNE IN 46851

BARCO CONSTRUCTION, INC.
1205 WOOD STATION PL
BALLWIN MO 63021


BARR CREDIT SERVICES, INC.
3444 N. COUNTRY CLUB RD
STE 200
TUCSON AZ 85716


BERGER LAW FIRM LLC
333 PEARSALL AVE
SUITE 210
CEDARHURST NY 11516


BERKOVITCH & BOUSKILA, PLLC
1545 U.S. 202
SUITE 101
POMONA NY 10970


BMO
PO BOX 2035
MILWAUKEE WI 53201


BMO BANK N.A.
180 N. EXECUTIVE DRIVE
BROOKFIELD WI 53005


BMO HARRIS BANK N.A.
111 W. MONROE ST.
CHICAGO IL 60603


BROWN & BROWN INC.
2800 N. CENTRAL AVE
STE. 1100
PHOENIX AZ 85004


CADENCE BANK
3399 PEACHTREE ROAD NORTHEAST
ATLANTA GA 30326


CADENCE BANK
PO BOX 789
TUPELO MS 38802

CAPSPECIALTY
1600 ASPEN COMMONS
SUITE 300
MIDDLETON WI 53562


CEMEX
16100 DILLARD DRIVE
JERSEY VILLAGE TX 77040


CENTERLINE SUPPLY, INC.
530 JESSE STREET
GRAND PRAIRIE TX 75051


CLAYCO
2199 INNERBELT
BUSINESS CENTER DRIVE
OVERLAND MO 63114


COX COMMUNICATIONS, INC.
6205-B PEACHTREE DUNWOODY ROAD NE
ATLANTA GA 30328


CRF SOLUTIONS
2051 ROYAL AVE
SIMI VALLEY CA 93065


DODGE CONSTRUCTION NETWORK
34 CROSBY DRIVE
SUITE 202
BEDFORD MA 01730


EAGLE ENVIRONMENTAL PRODUCTS, INC.
PO BOX 40189
MESA AZ 85274


EMPIRE
1725 S. COUNTRY CLUB DR.
MESA AZ 85210


EVEREST BUSINESS FUNDING
8200 NW 52ND TERRACE
2ND FLOOR
MIAMI FL 33166

EWING OUTDOOR SUPPLY
3441 E. HARBOUR DR.
PHOENIX AZ 85034


FIRST CITIZENS BANK
155 COMMERCE WAY
PORTSMOUTH NH 03801


FIRST INSURANCE FUNDING
450 SKOKIE BLVD
SUITE 1000
NORTHBROOK IL 60062


FOLKS HESS
1850 N. CENTRAL AVE
# 1140
PHOENIX AZ 85004


FOLKS HESS, PLLC
1850 N. CENTRAL AVE
SUITE 1140
PHOENIX AZ 85004


FORD MOTOR CREDIT COMPANY
PO BOX 689007
FRANKLIN TN 37068


FORWARD FINANCING, LLC
53 STATE ST.
FL 20
BOSTON MA 02109


GOLDER LAW, LLC
101 VILLAGE PARKWAY
BUILDING 1, SUITE 400
MARIETTA GA 30067


GONZALEZ ASPHALT, INC.
3001 W LINCOLN ST.
PHOENIX AZ 85009


GREAT AMERICA FINANCIAL SERVICES
PO BOX 660831
DALLAS TX 75266

GURSTEL LAW FIRM P.C.
9320 E. RAINTREE DR.
SCOTTSDALE AZ 85260


HAMMERMAN & HULTGREN
3101 N. CENTRAL AVE.
STE 1030
PHOENIX AZ 85012


ISUZU FINANCE OF AMERICA, INC.
ATTN: ACCOUNTS RECEIVABLE
7870 SOLUTION CENTER
CHICAGO IL 60677


LANAK & HANNA, P.C.
1851 E. FIRST ST.
SUITE 700
SANTA ANA CA 92705


LAZOS EARLY ENTRY CUTTING LLC
13234 W. MARYLAND AVE.
LITCHFIELD PARK AZ 85340


MARK A. KIRKOSHY, P.C.
1119 W. SOUTHERN AVE.
2ND FLOOR
MESA AZ 85210


MARTIN MARIETTA MATERIALS, INC.
4123 PARKLAKE AVE.
RALEIGH NC 27612


MCCARTHY, BURGESS & WOLFF
THE MB&W BUILDING
26000 CANNON ROAD
CLEVELAND OH 44146


NAPA AUTO PARTS
GENUINE PARTS COMPANY
PO BOX 2047
NORCROSS GA 30091


NINA CONSTRUCTION SUPPLY
PO BOX 1509
AVONDALE AZ 85323

PARKER LAW FIRM PLC
11801 N. TATUM BLVD.
SUITE 229
PHOENIX AZ 85028


PAULA HITT
7609 W. ESCUDA
GLENDALE AZ 85308


PMI PAVEMENT MARKING LLC
1001 S. 54TH AVE
PHOENIX AZ 85043


QUIKTRIP
PO BOX 639
PORTLAND ME 04104


RECEIVABLE MANAGEMENT CORPORATION
400 WEST CUMMINGS PARK
#4450
WOBURN MA 01801


ROAD SAFETY SERVICES, INC.
11620 ARBOR ST.
#101
OMAHA NE 68144


ROADSAFE TRAFFIC SYSTEMS, INC.
3015 EAST ILLINI ST.
PHOENIX AZ 85040


ROBERTS TIRE SALES, INC.
4747 S. POWER RD
MESA AZ 85212


SIMPLY FUNDING, LLC
1170 RT 17M,
SUITE # 2
CHESTER NY 10918


SIMPLY FUNDING, LLC
300 N. MAIN ST.
# 107
SPRING VALLEY NY 10977

SONSRAY MACHINERY
23935 MADISON STREET
TORRANCE CA 90505


SPARKLETTS
200 EAGLES LANDING BLVD
LAKELAND FL 33810


STAPLES
PO BOX 660409
DALLAS TX 75266


SUNBELT RENTALS, INC.
2341 DEERFIELD DR.
FORT MILL SC 29715


THE LAW OFFICES OF STEVEN ZAKHARYAYEV
10 W. 37TH ST.
RM 602
NEW YORK NY 10018


TRANSWORLD SYSTEMS INC
ATTN: BANKRUPTCY
500 VIRGINIA DR STE 514
FORT WASHINGTON PA 19034


U.S. SMALL BUSINESS ADMINISTRATION
312 N. SPRING STREET
5TH FL
LOS ANGELES CA 90012


UNITED HEALTHCARE
2310 PARKLAKE DR. NE
ATLANTA GA 30345


UNITED RENTALS
100 FIRST STAMFORD PLACE
SUITE 700
STAMFORD CT 06902


VERICORE
10115 KINCEY AVE
SUITE 100
HUNTERSVILLE NC 28078

Hitt Concrete & Site Construction, Inc. -


WASTE MANAGEMENT OF ARIZONA, INC.
PO BOX 3020
MONROE WI 53566


WEX
1 HANOCK STREET
PORTLAND ME 04101


WHITE CAP, L.P.
PO BOX 4944
ORLANDO FL 32802


WIGGIN AND DANA
281 TRESSER BLVD
14TH FL.
STAMFORD CT 06901


ZWICKER & ASSOCIATES, P.C.
1225 W. WASHINGTON ST.
STE 124
TEMPE AZ 85288

# United States Bankruptcy Court
## District of Arizona

In re    **Hitt Concrete & Site Construction, Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hitt Concrete & Site Construction, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paul Sheldon Hitt, III**
**7609 W. Escuda Dr.**
**Glendale, AZ 85308**

☐ None [*Check if applicable*]

**March 28, 2024**

Date

**/s/ James Gaudiosi**

**James Gaudiosi**

Signature of Attorney or Litigant

Counsel for   **Hitt Concrete & Site Construction, Inc.**

**Jim Gaudiosi, Attorney at Law PLLC**
**17505 N. 79th Ave.**
**Suite 207**
**Glendale, AZ 85308**
**623-777-4760 Fax:602-388-8250**
**jim@gaudiosilaw.com**